# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Carolyn A. Rutherford Tate, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00452-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald L. Tate | ) | |
| Mecklenburg Police Department, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2017 Order.

August 14, 2017

Frank G. Johns, Clerk
United States District Court